# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2019

158141(74)

KAITLIN HAHN,
        Plaintiff-Appellee,

v

GEICO INDEMNITY COMPANY,
        Defendant-Appellant,
and

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
        Defendant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158141
COA: 336583
Oakland CC: 2016-152229-NF

       On order of the Chief Justice, the joint motion of the Insurance Alliance of Michigan and the American Property Casualty Insurance Association to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before December 9, 2019.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2019

                        Clerk